UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROY RASHAD WELLS EL,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>NAVY FEDERAL CREDIT UNION,<br><br>　　　　　　　　Defendant. | CASE NO. 2:23-cv-00241-RSM<br><br>**ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS** |

　　　　Plaintiff's application to proceed in forma pauperis (Dkt. 4) is **GRANTED** under 28 U.S.C § 1915(a)(1).  The Court recommends the complaint be reviewed under 28 U.S.C. § 1915(e)(2)(B) before issuance of summons.

　　　　The Clerk shall provide a copy of this Order to Plaintiff and to District Judge Ricardo S. Martinez.

　　　　DATED this 8th day of March, 2023.

　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　BRIAN A. TSUCHIDA
　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

ORDER GRANTING APPLICATION TO
PROCEED IN FORMA PAUPERIS - 1