UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROY RASHAD WELLS EL, | Case No. C23-241-RSM |
| Plaintiff, | DISMISSAL ORDER |
| v. | |
| NAVY FEDERAL CREDIT UNION, | |
| Defendant. | |

*Pro Se* Plaintiff, Roy Rashad Wells El, has been granted leave to proceed *in forma pauperis* in this matter. Dkt. #5. The Complaint was filed on March 8, 2023. Dkt. #6. Summonses have not yet been issued.

On March 21, 2023, the Court issued an Order to Show Cause (Dkt. #7), pursuant to 28 U.S.C. § 1915(e)(2)(B), finding that Plaintiff's Complaint may suffer from deficiencies that, if not adequately explained in response to the Order, will require dismissal. The Court ordered that, no later than twenty-one (21) days from the date of the Order, Plaintiff must write a short and plain statement telling the Court: (1) the actions of Defendant giving rise to Plaintiff's claims; (2) how those actions violate 5 U.S.C. § 1692, the Fair Debt Collection Practices Act.

To date, Plaintiff has not filed a response to the Court's March 21 Order. Accordingly, the Court ORDERS this case is DISMISSED without prejudice.

ORDER - 1

The Clerk shall send a copy of this Order to Plaintiff's address, 14110 NE 179TH STREET UNIT 27 WOODINVILLE, WA 98072.

DATED this 18th day of April, 2023.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER - 2